BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant CUELAS-GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00586-JF |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO CONTINUE STATUS DATE** |
| SALVADOR CUELAS-GONZALEZ, ) | |
| Defendant. ) | |

    Assistant United States Attorney Joseph Fazioli and Defendant, Salvador Cuelas-gonzalez, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for November 15, 2006, at 9:00 a.m., should be continued to December 13, 2006 at 9:00 a.m.

    The parties request this continuance because counsel for Mr. Cuelas has not yet received the discovery in this matter.  Once received, counsel will need time to review these materials with her client.  For these reasons, the parties stipulate and agree to continue this case to December 13, 2006.

    The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the defendant and public in a speedy trial because the failure to grant such a continuance would unreasonably deny Mr. Cuelas-Gonzalez and his counsel the time necessary for effective

1  preparation, taking into account the exercise of due diligence.

3  SO STIPULATED.

5  Dated: November 13, 2006                           _____/s/_____
                                                     ANGELA M. HANSEN
6                                                    Assistant Federal Public Defender

8  Dated: November 13, 2006                           _____/s/_____
                                                     JOSEPH FAZIOLI
9                                                    Assistant United States Attorney

\*\*E-filed 11/14/06\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SALVADOR CUELAS-GONZALEZ, ) <br> ) <br> Defendant. ) <br> _____) | No. CR 06-00586-JF <br><br> **[PROPOSED]** ORDER CONTINUING STATUS DATE AND EXCLUDING TIME |

The parties have jointly requested to continue the status date and good cause appearing, IT IS HEREBY ORDERED that the status date presently set for November 15, 2006 at 9:00 a.m. is continued to December 13, 2006 at 9:00 a.m.  Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from November 15, 2006 through and including December 13, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: November 14, 2006

_____
JEREMY FOGEL
United States District Judge

3

1  Distribute to:

2

3  Angela Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant
5
   Joseph Fazioli
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26