1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant CUELAS-GONZALEZ

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                            SAN JOSE DIVISION
10
   UNITED STATES OF AMERICA,          )    No. CR 06-00586-JF
11                                     )
                  Plaintiff,           )
12                                     )
   v.                                  )    STIPULATION AND [PROPOSED]
13                                     )    ORDER TO CONTINUE STATUS DATE
   SALVADOR CUELAS-GONZALEZ,           )
14                                     )
                  Defendant.           )
15 _____)

16
          Assistant United States Attorney Joseph Fazioli and Defendant, Salvador Cuelas-
17
   Gonzalez, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate
18
   and agree that the status date in the above-captioned matter, presently scheduled for December
19
   13, 2006, at 9:00 a.m., should be continued to January 17, 2007 at 9:00 a.m.
20
          The parties request this continuance because counsel for Mr. Cuelas has only recently
21
   received the discovery in this matter.  Counsel needs additional time to review these materials
22
   and to go over them with her client.  For these reasons, the parties stipulate and agree to continue
23
   this case to January 17, 2007.
24
          The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv),
25
   the ends of justice served by the continuance requested outweigh the best interest of the
26
   defendant and public in a speedy trial because the failure to grant such a continuance would

   unreasonably deny Mr. Cuelas-Gonzalez and his counsel the time necessary for effective

1  preparation, taking into account the exercise of due diligence.

2

3  SO STIPULATED.

4

5  Dated: December 11, 2006                    _____/s/_____

6                                              ANGELA M. HANSEN
                                               Assistant Federal Public Defender

7

8  Dated: December 11, 2006                    _____/s/_____

9                                              JOSEPH FAZIOLI
                                               Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**E-filed 12/12/06**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00586-JF |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER CONTINUING |
| | ) | STATUS DATE AND EXCLUDING |
| v. | ) | TIME |
| | ) | |
| SALVADOR CUELAS-GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties have jointly requested to continue the status date and good cause appearing,

IT IS HEREBY ORDERED that the status date presently set for December 13, 2006 at 9:00 a.m.

is continued to January 17, 2007 at 9:00 a.m.  Pursuant to the parties' stipulation, IT IS

FURTHER ORDERED that the period of time from December 13, 2006 through and including

January 17, 2007, shall be excluded from the period of time within which trial must commence

under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: December 12 2006

_____

JEREMY FOGEL
United States District Judge

3

1

Distribute to:

2

Angela Hansen
3       Assistant Federal Public Defender
        160 West Santa Clara Street, Suite 575
4       San Jose, CA 95113
        Counsel for Defendant
5

Joseph Fazioli
6       Assistant United States Attorney
        150 Almaden Blvd., Suite 900
7       San Jose, CA 95113
        Counsel for the United States
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26