BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant CUELAS-GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00586-JF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE STATUS DATE** |
| SALVADOR CUELAS-GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Assistant United States Attorney Joseph Fazioli and Defendant, Salvador Cuelas-Gonzalez, through his counsel, Assistant Federal Public Defender Angela M. Hansen, stipulate and agree that the status date in the above-captioned matter, presently scheduled for January 17, 2007, at 9:00 a.m., should be continued to March 7, 2007 at 9:00 a.m.

The parties request this continuance because the parties are working towards a resolution of this case, the finalization of which may be delayed given defense counsel's unavailability due to an upcoming trial.  Specifically, defense counsel will be unavailable from January 22, 2007 through the end of February.  Defense counsel requires an opportunity to discuss any proposed settlement with her client and will also need time to discuss alternate dispositions of this case. For these reasons, the parties stipulate and agree to continue this case to March 7, 2007.

The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the

1  defendant and public in a speedy trial because the failure to grant such a continuance would

2  unreasonably deny Mr. Cuelas-Gonzalez and his counsel the time necessary for effective

3  preparation and would also deny Mr. Cuelas-Gonzalez continuity of counsel, taking into account

4  the exercise of due diligence.

6  SO STIPULATED.

8  Dated: January 11, 2007                             _____/s/_____
                                                       ANGELA M. HANSEN
9                                                      Assistant Federal Public Defender

11 Dated: January 11, 2007                             _____/s/_____
                                                       JOSEPH FAZIOLI
12                                                     Assistant United States Attorney

\*\*E-filed 1/17/07\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>SALVADOR CUELAS-GONZALEZ,   )<br>   )<br>   Defendant.   )<br>_____)  | No. CR 06-00586-JF<br><br>**[P~~ROPOSED~~] ORDER CONTINUING STATUS DATE AND EXCLUDING TIME** |

The parties have jointly requested to continue the status date and good cause appearing, IT IS HEREBY ORDERED that the status date presently set for January 17, 2007 at 9:00 a.m. is continued to March 7, 2007 at 9:00 a.m.  Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from January 17, 2007 through and including March 7, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: January 17, 2007

_____
JEREMY FOGEL
United States District Judge

3

1 | Distribute to:
2 |
3 | Angela Hansen
  | Assistant Federal Public Defender
  | 160 West Santa Clara Street, Suite 575
4 | San Jose, CA 95113
  | Counsel for Defendant
5 |
  | Joseph Fazioli
6 | Assistant United States Attorney
  | 150 Almaden Blvd., Suite 900
7 | San Jose, CA 95113
  | Counsel for the United States
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26