**E-filed 2/27/07**

BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant CUELAS-GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | No. CR 06-00586 JF |
|                                      ) | |
| Plaintiff,       ) | **STIPULATION TO CONTINUE** |
|                                      ) | **HEARING AND EXCLUDE TIME;** |
| v.                                   ) | [~~PROPOSED~~] **ORDER** |
|                                      ) | |
| SALVADOR CUELAS-GONZALEZ,            ) | |
|                                      ) | |
| Defendant.      ) | |
| _____) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the hearing in the above-captioned matter, presently scheduled for Wednesday, March 7, 2007, be continued to Wednesday, March 28, 2007, at 9:00 a.m.

The continuance is requested by the defense for two reasons.  First, this case has been reassigned within the Federal Public Defender's Office, and undersigned counsel would like additional time to familiarize herself with the case and meet with Mr. Cuelas.  Second, undersigned counsel will be out of the country on March 7, 2007, on a pre-planned two-week vacation.

The parties further agree that time should be excluded under the Speedy Trial Act for continuity of counsel, and because the defense requires time for effective preparation and

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 06-00586 JF                              1

investigation, so that the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated:     2/20/07

           /s/
LARA S. VINNARD
Assistant Federal Public Defender

Dated:     2/21/07

           /s/
JOSEPH FAZIOLI
Assistant United States Attorney

**ORDER**

The parties have jointly requested a continuance of the hearing set for March 7, 2007, because defense counsel requires additional time for preparation, and will be out of town on that date.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for March 7, 2007, be continued to March 28, 2007, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from March 7, 2007, to March 28, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:     2/26/07

_____
JEREMY FOGEL
United States District Judge