BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

*efiled 3/29/07

Counsel for Defendant CUELAS-GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 06-00586 JF |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [PROPOSED] ORDER** |
| v. | ) | |
| SALVADOR CUELAS-GONZALEZ, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the hearing in the above-captioned matter, presently scheduled for Wednesday, March 28, 2007, be continued to Wednesday, April 4, 2007, at 9:00 a.m.

The parties have reached a resolution of the case.  However, one additional week is needed so that the government can complete administrative tasks associated with the resolution.

The parties further agree that time should be excluded under the Speedy Trial Act for continuity of counsel, and because the defense requires time for effective preparation and investigation, so that the ends of justice outweigh the defendant's and the public's need for a speedy trial.

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 06-00586 JF                                        1

1  Dated:     3/26/07                    _____/s/_____
2                                        LARA S. VINNARD
                                         Assistant Federal Public Defender

3  Dated:     3/26/07                    _____/s/_____
4                                        JOSEPH FAZIOLI
                                         Assistant United States Attorney

## ORDER

The parties have jointly requested a one-week continuance of the hearing set for March 28, 2007, because the parties require additional time for preparation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for March 28, 2007, be continued to April 4, 2007, at 9:00 a.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from March 28, 2007, to April 4, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: 3/28/07                           _____
                                         JEREMY FOGEL
                                         United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 06-00586 JF                   2